UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Charles D. Talbert

        Plaintiff,

                                      CASE NO: 14-14550
                                      Hon. Victoria A. Roberts

v.

Packers Sanitation Services, Inc., and
Brandon Wakefield,

        Defendants.
_____/

**ORDER DISMISSING BRANDON WAKEFIELD AND MOOTING DEFENDANTS'
MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT (DOC. #7)**

      Defendant Packers Sanitation Services, Inc., ("PSSI") is a company that provides sanitation services to the food industry. Defendant Brandon Wakefield ("Wakefield") is an employee of PSSI. Charles D. Talbert ("Talbert"), a former employee, filed a thirteen count complaint alleging violations of the Fair Labor Standard Act, 29 U.S.C. §201 *et seq* ("FLSA"), and various state laws arising from an alleged underpayment of wages.

      At a scheduling conference held on November 5, 2015, the parties stipulated to the dismissal of several causes of action. The Court ordered Talbert to submit an amended complaint; he did so.

      The First Amended Complaint does not list Wakefield as a defendant. He is **DISMISSED**.

      Still pending is Defendants' Motion to Partially Dismiss Plaintiff's Complaint. The

1

original complaint is now superceded by the First Amended Complaint. Defendants' Motion is **MOOT**.

    **IT IS ORDERED**.

                                            s/Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: November 19, 2015

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 19, 2015.
>
> s/Linda Vertriest
> Deputy Clerk